October 31, 1967.

M. P. No. 246. BERNARD J. WARD *v.* MARY AVERY BRAMAN WARD. Petition for writ of certiorari granted. Order granting stay of proceedings in Family Court continued in effect. *Kirshenbaum & Kirshenbaum, Isadore Kirshenbaum,* for petitioner. *Corcoran, Peckham & Hayes, Patrick O'N. Hayes,* for respondent.

M. P. No. 251. WINIFRED WILKINSON *v.* PETER HARRINGTON. PETER J. O'CONNELL, *Administrator v.* PETER HARRINGTON. WINIFRED WILKINSON *v.* JOHN M. VESEY. PETER J. O'CONNELL, *Administrator v.* JOHN M. VESEY. WINIFRED WILKINSON *v.* RUSSELL R. HUNT. PETER J. O'CONNELL, *Administrator v.* RUSSELL R. HUNT. Motion for leave to file petition for writ of certiorari, treated as directed solely to whether or not Statute of Limitations is applicable, granted. *Aisenberg, Decof & Dworkin, Leonard Decof, John H. Hines, Jr.,* for plaintiffs. *Hinckley, Allen, Salisbury, & Parsons, Thomas D. Gidley,* Attorneys for Peter Harrington. *Gunning & LaFazia, Edward L. Gnys, Jr.,* Attorneys for John M. Vesey and Russell R. Hunt.

November 14, 1967.

M. P. No. 273. ENRICO HENRY TAMELO *v.* HAROLD V. LANGLOIS, JR. Petition for habeas corpus to admit petitioner to bail remanded to Superior Court with direction. *Charles Curran, John Tramonti, Jr.,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

November 16, 1967.

M. P. No. 87. IN RE JOSEPH PALMIERI. This cause came on to be heard before the Court on November 6, 1967 on the motion of Joseph Palmieri to be reinstated as a member of the Bar of this State.